

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER OF STAY AND ABATEMENT FOR BANKRUPTCY

Appellate case name:    Gerald McWilliams v. Joshua Watson

Appellate case number:    01-21-00104-CV

Trial court case number:    2019-44370

Trial court:    215th District Court of Harris County

Appellee, Joshua Watson, has filed a Notice of Bankruptcy Filing informing this Court that, on or about August 3, 2021, appellee filed a petition for Chapter 7 bankruptcy in Case Number 21-32630 in the United States Bankruptcy Court for the Southern District of Texas. Accordingly, it is ordered that this appeal is stayed. *See* 11 U.S.C. § 362(a) (providing filed bankruptcy petition operates as automatic stay of actions against debtor or debtor's property). It is further ordered that this appeal is abated, treated as a closed case, and removed from this Court's active docket.

Until the parties (1) notify the Court that the bankruptcy stay has been lifted or authorization has been received by the bankruptcy court to proceed, and (2) move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2. Unless a party successfully moves to reinstate, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                                 Acting individually


Date: ___September 14, 2021_____